| | |
|---|---|
| DAVID LEIBLER                    Plaintiff<br>vs.<br>LG ELECTRONICS U.S.A., INC., A    Defendant<br>DELEWARE CORPORATIION | United States District Court Court of New Jersey<br>_____ Division<br>County<br>Docket Number: 2:14-CV-03500-JLL-JAD |

**Person to be served (Name & Address):**
LG ELECTRONICS U.S.A., INC
910 Sylvan Avenue
Englewood, NJ 07632

## AFFIDAVIT OF SERVICE

(For Use by Private Service)

**Attorney:**
Amir Missaghi
Edelson PC
350 North Lasalle, 13th Floor
Chicago, IL 60654

**Papers Served:** Letter, Summons in a Civil Case, Class Action Complaint and Jury Demand,

**Service Data:**

Served Successfully __X__   Not Served ____   Date: 6/26/2014   Time: 10:48 am   Attempts: ____

____ Delivered a copy to him / her personally

____ Left a copy with a competent household member over 14 years of age residing therein

__X__ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship / title:

Ms EDWARDS

AGENT: LEGAL DEPARTMENT

**Description of Person Accepting Service:**

Sex: F   Age: 46   Height: 5'7   Weight: 155   Skin Color: WHITE   Hair Color: BLONDE

**Unserved:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time
                     _____ Date _____ Time
( ) Other: _____

**Comments or Remarks:**

**Server Data:**

Subscribed and Sworn to before me on the __30__ day of __June__, __2014__ by the affiant who is personally known to me.

NOTARY PUBLIC
Gail Kagan
Notary Public State of New York
Qualified In Westchester county
Commission Expires 6-23-15
REG# 01KA6094470

I, Tasha Thomas, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____   6-30-14
Signature of Process Server      Date

Edelson PC
350 North Lasalle, 13th Floor
Chicago, IL 60654
(312) 589-6370
Our Job Serial Number: ATN-2014000695