<u>NOT FOR PUBLICATION</u>

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID LIEBLER and GREG CAREY, individually and on behalf of all others similarly situated,<br><br>　　Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS U.S.A., INC., a Delaware corporation,<br><br>　　Defendant. | Civil Action No. 14-cv-03500 (JLL) (JAD)<br><br>ORDER |

**<u>JOSEPH A. DICKSON, U.S.M.J.</u>**

　　This matter comes before the Court upon Plaintiffs' motion for leave to file a second amended complaint. (ECF No. 29).  Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court did not hear oral argument on Plaintiffs' application.  Upon careful consideration of the parties' submissions, and for the reasons stated in this Court's Opinion filed on this day,

　　IT IS on this 4th day of June, 2015,

　　**ORDERED** that Plaintiffs' motion for leave to file a second amended complaint, (ECF No. 29), is **DENIED WITHOUT PREJUDICE**; and it is further

　　**ORDERED** that, on or before June 25, 2015, Plaintiffs may file a renewed motion for leave to amend, and that any such application shall address the shortcomings identified in this Court's Opinion of even date.

　　　　　　　　　　　　　　　　　　　　　　　s/ Joseph A. Dickson　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　**Joseph A. Dickson**
　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**

Cc:  Hon. Jose L. Linares, U.S.D.J.