# Exhibit A

| | |
|---|---|
| **From:** | njdefiling@njd.uscourts.gov |
| **Sent:** | Thursday, July 02, 2015 11:39 AM |
| **To:** | njdefiling@njd.uscourts.gov |
| **Subject:** | Activity in Case 2:14-cv-03500-JLL-JAD LIEBLER v. LG ELECTRONICS U.S.A., INC., a Delaware corporation Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of New Jersey [LIVE]

## Notice of Electronic Filing

The following transaction was entered on 7/2/2015 at 12:39 PM EDT and filed on 7/2/2015
**Case Name:**      LIEBLER v. LG ELECTRONICS U.S.A., INC., a Delaware corporation
**Case Number:**    [2:14-cv-03500-JLL-JAD](#)
**Filer:**
**Document Number:** 44(No document attached)

**Docket Text:**
**By Order dated 1/5/15, Judge Linares administratively terminated Defendants' then-pending motion to dismiss, without prejudice to Defendants' right to refile that application "after Planitiff's motion for leave to file a Second Amended Class Action Complaint is decided." (ECF No. 36). By Order dated 6/4/15, this Court denied Plaintiff's motion for leave to amend, and further Ordered that "on or before June 25, 2015, Plaintiffs may file a renewed motion for leave to amend." (ECF No. 42). Plaintiffs did not file a renewed motion prior to that deadline. As such, Defendants may re-file their motion to dismiss on or before 7/17/15. So Ordered by Magistrate Judge Joseph A. Dickson on 7/2/15. (nm, )**


**2:14-cv-03500-JLL-JAD Notice has been electronically mailed to:**

JONATHAN SAMUEL HERSHBERG     jhershberg@rlrpclaw.com

MARK M. ROTTENBERG     mrottenberg@rlrpclaw.com

STEFAN LOUIS COLEMAN     law@stefancoleman.com, amissaghi@edelson.com

**2:14-cv-03500-JLL-JAD Notice will not be electronically mailed to::**