## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID LIEBLER, and GREG CAREY, individually and on behalf of all others similarly situated, | : <br> : <br> : <br> :   Case No. 2:14-cv-03500 (JLL) (JAD) |
| Plaintiffs, | : <br> :   **DECLARATION OF BRIAN** <br> :   **NORMANN IN SUPPORT OF** |
| vs. | :   **LG ELECTRONICS U.S.A.,** <br> :   **INC.'S RENEWED MOTION** <br> :   **TO DISMISS THE AMENDED** |
| LG ELECTRONICS U.S.A., INC., a Delaware Corporation, | :   **COMPLAINT** <br> : |
| Defendant. | : <br> : |

Pursuant to 28 U.S.C. § 1746, I, Brian Normann, hereby testify and declare as follows:

1.      I am over the age of eighteen and competent to testify to and have personal knowledge of the matters contained herein.

2.      I am a Director, Sales and Marketing for T-Mobile Business Team.  I am familiar with the LG Optimus L9 smartphones sold by retailers in the United States.  The LG Optimus L9 smartphone was sold by two different retailers in the United States.  The Optimus L9 P769 was sold by T-Mobile USA.  The Optimus L9 MS769 was sold by Metro PCS.

3.     The Optimus L9 P769 smartphone was marketed in the United States beginning in October 2012 and was also made available for resale by T-Mobile USA retailers in United States.  The Optimus L9 MS769 was marketed in the United States beginning in October 2012 and was also made available for resale by Metro PCS retailers in the United States.

4.     I am familiar with the express limited warranty provided with the LG Optimus L9 MS769 and P769 phones.  The warranty is included in the User Guides, which were available to consumers on LG Electronic U.S.A., Inc.'s website from October 2012 through the end of 2013.  The warranty is also included in the box with the phone.  There are no other written warranties provided by LG with these phone models.

5.     Based on the information available to me, I have determined that the warranty attached hereto as Exhibits A is the warranty provided with the LG Optimus L9 MS769 and P769 phones sold in the United States between October 2012 through the end of 2013.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 21st day of August in 2015.

[NAME] _Brian Normann_

2

brian.normann/NORMANN BRIAN/2015-08-21 14:08:34